UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRIS CUFFARO,

                 Plaintiff,

-v-

UNIVISION COMMUNICATIONS INC.,

                 Defendant.

23-CV-873 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

    All filing deadlines and conference dates are adjourned *sine die*.

    The Clerk of Court is directed to close the motion at ECF No. 14.

    SO ORDERED.

Dated: April 28, 2023
       New York, New York

                                        J. PAUL OETKEN
                                        United States District Judge